| | |
|---|---|
| 1    ANDRÉ BIROTTE JR.<br>     United States Attorney<br>2    SANDRA R. BROWN<br>     Assistant United States Attorney<br>3    Chief, Tax Division<br>     RICHARD G. STACK (SBN 139302)<br>4    Assistant United States Attorney<br>      Room 7211, Federal Building<br>5      300 North Los Angeles Street<br>      Los Angeles, California 90012<br>6      Telephone: (213) 894-2455<br>      Facsimile: (213) 894-0115<br>7      E-mail: Richard.Stack@usdoj.gov | NOTE: CHANGES MADE BY<br>THE COURT |

8    Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                          CENTRAL DISTRICT OF CALIFORNIA

12                                WESTERN DIVISION

| | |
|---|---|
| 14    UNITED STATES OF AMERICA, | )    Case No. CV 11-1209 JFW (FMOx) |
| 15                   Petitioner, | )<br>)    **ORDER TO SHOW CAUSE** |
| 16       vs. | )<br>) |
| 17    IVAN HENRIQUES, | )<br>) |
| 18                   Respondent. | )<br>) |
| 19    _____ | ) |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summonses. See United States v. Powell, 379 U.S. 48, 57-58, 85 S. Ct. 248, 13 L. Ed. 2d 112 (1964); *see also* Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn

1 declaration of the IRS agent who issued the summons); *accord*, United States v.
2 Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).
3   Therefore, **IT IS ORDERED** that Respondent appear before this District Court
4 of the United States for the Central District of California, in Courtroom No. 16,

United States Courthouse
312 North Spring Street, Los Angeles, California 90012

on                **March 28**  , **2011**, at 1:30 p .m.,
and show cause why the testimony demanded in the subject Internal Revenue Service
summonses should not be compelled.

  **IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served by **March 7, 2011** upon Respondent by any employee of the Internal Revenue Service or the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

  **IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions.  If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

  **IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described

documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This 15th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
RICHARD G. STACK
Assistant United States Attorney

Attorneys for the United States of America, Petitioner